UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **20-MJ-2893-TORRES**

**UNITED STATES OF AMERICA**

vs.

**ROBERT JANXONS CASTRO RIASCOS,
CARLOS ALFREDO VALENCIA RENTERIA,
and JOSE ADELMO MOSQUERA,**

    **Defendants.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ____ Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes _x_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Frederic C. Shadley
Assistant United States Attorney
Court ID No. A5502298
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7649
(305) 715-7639 (fax)
Frederic.Shadley@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT JANXONS CASTRO RIASCOS,<br>CARLOS ALFREDO VALENCIA RENTERIA,<br>and JOSE ADELMO MOSQUERA.<br><br>*Defendant(s)* | Case No.<br>**20-MJ-2893-TORRES** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __May 14, 2020__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA Special Agent Brian Smith   ID #7201
*Printed name and title*

Attested to in accordance with the requirements
of Federal Rule of Criminal Procedure 4.1 by ~~FaceTime~~ telephone

Date: June 8, 2020

*Judge's signature*

City and state: Miami, Florida

Hon. Edwin G. Torres, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brian Smith, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Drug Enforcement Administration (DEA) in Miami, Florida and have worked in this capacity since November 1998. My official DEA duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

3. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against CARLOS ALFREDO VALENCIA RENTERIA, ROBERT JANXONS CASTRO RIASCOS, and JOSE ADELMO MOSQUERA for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b). The facts contained in this Affidavit are based on my personal knowledge, as well as other information obtained from other law enforcement personnel, and other witnesses.

4. On or about May 14, 2020, while on patrol in the Eastern Pacific Ocean, a U.S. Government Marine Patrol Aircraft (MPA) detected a semi-submersible low-profile vessel, or

target of interest (TOI), approximately 86 nautical miles east of Isla Malpelo, Colombia, in international waters. The USS Pinckney with United States Coast Guard Law Enforcement Detachment 408 (LEDET) was patrolling nearby the TOI and diverted to intercept. The USS Pinckney deployed the LEDET on a smaller vessel, a Ridged Hull Inflatable Boat (RHIB), and approached the TOI. The RHIB LEDET members observed a self-propelled semi-submersible low profile vessel displaying no indicia of nationality located in international waters. The RHIB LEDET pulled alongside the TOI and removed three subjects from the vessel and placed them aboard the RHIB for officer safety. The LEDET team observed no vessel name, no registration number, no markings on the vessel, and no other indicia of nationality. Based on initial routine questioning, the master of the vessel claimed no nationality for the vessel. Based on the investigation to that point, the LEDET was authorized to treat the TOI as a vessel without nationality.

5. The LEDET team members observed one bale of suspected contraband aboard the vessel in plain view and removed it to conduct two NIK tests, which yielded positive for the presence of cocaine. The LEDET received permission from D11 to treat the three subjects as detainees and conduct a destructive search of the TOI. The LEDET then located and removed 70 bales of suspected cocaine with an approximate sea weight of 1,400 kilograms

6. The LEDET detained the three individuals, who were on board the TOI, and they were subsequently identified as CARLOS ALFREDO VALENCIA RENTERIA, ROBERT JANXONS CASTRO RIASCOS, and JOSE ADELMO MOSQUERA, all Colombian nationals. On June 7, 2020, these three persons were brought to the Southern District of Florida and were transferred to the custody of United States law enforcement.

7. Based on the foregoing facts, I submit that probable cause exists to believe that CARLOS ALFREDO VALENCIA RENTERIA, ROBERT JANXONS CASTRO RIASCOS, and JOSE ADELMO MOSQUERA, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is five kilograms or more of cocaine, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

ID #7201

Brian M. Smith
Special Agent
Drug Enforcement Administration

Attested to in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by ~~FaceTime~~ telephone/et

This 8 day of June, 2020.

Hon. Edwin G. Torres
U.S. Magistrate Judge

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: ROBERT JANXONS CASTRO RIASCOS

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Frederic C. Shadley

Last Known Address: Colombia, SA

What Facility:

Agent(s): S/A Brian Smith
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)
DEA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: CARLOS ALFREDO VALENCIA RENTERIA

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Frederic C. Shadley

Last Known Address: Colombia, SA

What Facility:

Agent(s): S/A Brian Smith
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)
DEA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: JOSE ADELMO MOSQUERA

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Frederic C. Shadley

Last Known Address: Colombia, SA

What Facility:

Agent(s): S/A Brian Smith
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)
DEA