UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-mj-02893-EGT

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOSE ADELMO MOSQUERA,
    Defendant.
_____/

ORDER FOR MEDICAL EVALUATION

    THIS CAUSE having come before the Court on the Defendant's Motion for Medical Evaluation, and the Court being advised of the premises, it is

    ORDERED AND ADJUDGED that this Motion is _____.

    DONE AND ORDERED in Chambers at Miami, Florida on this \_\_\_\_\_ day of June, 2020.

    _____
    Hon. Edwin G. Torres
    U.S. Magistrate Judge